■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMUEL CATALANO, Appellant.—Main, J. P.

In *People v Robideau* (121 AD2d 769), we reversed the conviction of defendant's codefendant on the ground that County Court improperly limited the cross-examination of a prosecution witness. We stated there that *People v Sandoval* (34 NY2d 371) may not be used to limit the cross-examination of a nondefendant witness, and that such a witness may be cross-examined with regard to any criminal, vicious or disgraceful acts having a bearing on his credibility. As defendant in this case was tried jointly with his codefendant, our determination in *Robideau* is equally applicable to the present case. Accordingly, defendant's conviction should be reversed and he should be afforded a new trial.

Judgment reversed, on the law, and matter remitted to the County Court of Albany County for a new trial. Main, J. P., Mikoll, Yesawich, Jr., Levine and Harvey, JJ., concur.